**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **YOANKY GONZALEZ DEL RISCO,** | § | |
|     **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00655-DB** |
| | § | |
| **WARDEN OF THE ERO EL PASO** | § | |
| **CAMP EAST MONTANA***, et al.*, | § | |
|     **Respondents.** | § | |
| | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On March 24, 2026, Respondents filed an "Advisory to the Court," ECF No. 15, advising they conferred with Petitioner via phone, and both parties agree no matters remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **25th** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**